IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| SAMARITAN MINISTRIES INTERNATIONAL, a religious Illinois non-profit corporation, 6000 N. Forest Park Drive Peoria, Illinois 61614, and ten of its New Mexico members, namely, ZACHARY & RACHEL CORDEL, 662 CR F, Clovis, New Mexico 88101, DAVID ALLAN & MONETTE BELL, 3 Mountain Vista Trail, La Luz, NM 88337, REV. ANDREW & HEATHER HEATH, 1310 Meadow Lane, Roswell, NM 88203, JAY & AMY O'NEILL, 275 Blue Sky Lane, Mesilla Park, NM 88047, and REV. NATHAN & REBEKAH BIENHOFF, 3501 Highland Road, Roswell, NM 88201, *Plaintiffs*, v. ALICE T. KANE, in her personal capacity and in her official capacity as the Superintendent of Insurance for New Mexico, 1120 Paseo de Peralta 4th Floor, Santa Fe, NM 87501, *Defendant*. | Case No. 1:23-cv-1091-LF-SCY **ORDER FOR SINGLE BRIEFING SCHEDULE ON PENDING MOTION FOR PRELIMINARY INJUNCTION AND MOTION TO DISMISS** |

This matter comes before the Court on the Parties' Joint Motion for a Single Briefing and Argument Schedule on their pending Motions, to wit, Defendant's Motion to Dismiss in Lieu of Answer and Plaintiffs' Motion for a Preliminary Injunction. Doc. 13.

1

The Parties list the below documents as properly pending disposition with the Court.

- Plaintiffs' Verified Complaint (Doc. 1) (plus Exhibits thereto);
- Defendant's Motion to Dismiss *In Lieu of Answer* (Doc. 4); and
- Plaintiffs' Motion for Preliminary Injunction and Supporting Brief (Doc. 10).

The Parties request that said Motions be briefed, heard, and decided together by a district judge of this Court, upon the below briefing schedule and page limits.

| BRIEFS | DUE DATE | PAGE LIMIT |
|---|---|---|
| - Opening | - Filed/Pending | - 27 Pages |
| - Response/Opposition | - Mon 2/19/2024 | - 27 Pages |
| - Reply | - Mon 3/11/2024 | - 20 Pages |

The Parties further request that said Motions be heard together at oral argument at a mutually convenient time in April 2024, the Court's docket permitting. The presiding judge will set oral argument, if needed and in accordance with the Judge's calendar. *See* D.N.M. LR- Civ. 7.6(a).

In consideration whereof, the Court GRANTS the Joint Motion and ORDERS briefing according to the Parties' above request.[1]

Dated this 16th day of January, 2024

*Steve Yarbrough* (signature)
Steven C. Yarbrough
United States Magistrate Judge

---

[1] The parties also request a specific deadline for surreplies, which the Court declines to set at this time. Under this District's Local Rules, a surreply requires leave of the Court. D.N.M. LR-Civ. 7.4(b). If either party believes that a surreply is necessary for a specific motion, it may file a motion seeking a surreply and identifying the new argument raised in the reply brief to which the surreply is needed to address. *See Navajo Health Found.-Sage Mem'l Hosp., Inc. v. Burwell*, 110 F. Supp. 3d 1140, 1180 (D.N.M. 2015) ("A surreply is appropriate and should be allowed where new arguments are raised in a reply brief.").