IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

|  |  |
|---|---|
| SAMARITAN MINISTRIES INTERNATIONAL, a religious Illinois non-profit corporation,  6000 N. Forest Park Drive  Peoria, Illinois 61614,<br><br>and ten of its New Mexico members, namely,<br><br>ZACHARY & RACHEL CORDEL, 662 CR F, Clovis, New Mexico 88101,<br><br>DAVID ALLAN & MONETTE BELL, 3 Mountain Vista Trail, La Luz, NM 88337,<br><br>REV. ANDREW & HEATHER HEATH, 1310 Meadow Lane, Roswell, NM 88203,<br><br>JAY & AMY O'NEILL, 275 Blue Sky Lane, Mesilla Park, NM 88047, and<br><br>REV. NATHAN & REBEKAH BIENHOFF, 3501 Highland Road, Roswell, NM 88201,<br><br>*Plaintiffs*,<br>v.<br><br>ALICE T. KANE, in her personal capacity and in her official capacity as the Superintendent of Insurance for New Mexico, 1120 Paseo de Peralta 4th Floor, Santa Fe, NM 87501,<br><br>*Defendant*. | **Case No. 1:23-cv-1091-MIS-SCY**<br><br>**Jury Trial Requested**<br><br><br><br><br><br>**PLAINTIFFS' MOTION TO EXCEED WORD COUNT ON NOTICE OF SUPPLEMENTAL AUTHORITIES**<br><br><br>**Oral Argument Requested on the Pending Motions** |

COME NOW Plaintiffs, under Local Rule 7.8, and request leave to file the attached Second Notice of Supplemental Authority, exceeding 350 words, to explain the relevance of *Does 1-11 v. Bd. of Regents*, ___ F.4th ___, 2024 WL 2012317 (10th Cir. May 7, 2024).

Dated this 21st day of May, 2024

1

Respectfully submitted,

**COUNSEL FOR PLAINTIFFS**

GAMMON & GRANGE, P.C.

/s/ *J. Matthew Szymanski*
_____
J. Matthew Szymanski, Esq.
Bar No. 23-267 (lead counsel)
Ph./Fx. (703) 761-5030
JMS@gg-law.com

Scott J. Ward, Esq.
Bar No. 23-361 (co-counsel)
Ph./Fx. (703) 761-5012
SJW@gg-law.com
1945 Old Gallows Road, Suite 650
Tysons, VA 22182

J. BRIAN HELLER, P.C.

J. Brian Heller, Esq.
Associated Counsel (as of 1/9/2024)
200 Walnut Street
Washington, Illinois 61571
jbhpc@comcast.net
Ph. (309) 444-9223
Fx. (309) 444-9723