IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| SAMARITAN MINISTRIES INTERNATIONAL and ten of its New Mexico members, namely, ZACHARY & RACHEL CORDEL, DAVID ALLAN & MONETTE BELL, REV. ANDREW & HEATHER HEATH, JAY & AMY O'NEILL, and REV. NATHAN & REBEKAH BIENHOFF, <br><br> *Plaintiffs*, <br> v. <br><br> ALICE T. KANE, in her personal capacity and in her official capacity as the Superintendent of Insurance for New Mexico, <br><br> *Defendant*. | Case No. 1:23-cv-01091-MIS-SCY <br><br> **Jury Trial Requested** <br><br><br><br> **PLAINTIFFS' MOTION TO STAY FURTHER MERITS BRIEFING UNTIL COURT RULES ON MOTION TO STRIKE** |

Pending now is the Court's decision on Defendant's Rule 12(f) Motion to Strike ("MTS"; ECF No. 34) the First Amended Complaint ("FAC"; ECF No. 32). The MTS seeks to dismiss the FAC or to strike large portions of it. Also pending now is Plaintiffs' Response to Defendant's renewed Rule 12(b) Motion to Dismiss the FAC ("MTD-II"; ECF No. 42). MTD-II launches a new round of merits briefing that also will include Plaintiffs' renewed Motion for Preliminary Injunction ("MFPI-II"; ECF No. __). To conserve the resources of the parties and the Court, Plaintiffs respectfully request a postponement or stay of further merits briefing until the Court rules on the pending MTS, which ruling may preclude or significantly alter the pending merits briefing. Otherwise, Plaintiffs' "Response to MTD-II" is due on August 21, 2024.

WHEREFORE, Plaintiffs respectfully move to stay further merits briefing, including their Response to MTD-II, until 14 days after the Court rules on the pending Motion to Strike.

Defendant's counsel have advised the undersigned that they oppose this motion.

Dated this 16th day of August, 2024.

Respectfully submitted,

GAMMON & GRANGE, P.C.

 /s/  J. Matthew Szymanski
J. Matthew Szymanski, Esq.
Bar No. 23-267 (lead counsel)
Ph./Fx. (703) 761-5030
JMS@gg-law.com

Scott J. Ward, Esq.
Bar No. 23-361 (co-counsel)
Ph./Fx. (703) 761-5012
SJW@gg-law.com
1945 Old Gallows Road, Suite 650
Tysons, VA 22182

J. BRIAN HELLER, P.C.

J. Brian Heller, Esq.
Associated Counsel (as of 1/9/2024)
200 Walnut Street
Washington, Illinois 61571
jbhpc@comcast.net
Ph. (309) 444-9223
Fx. (309) 444-9723

Attorneys for the Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on August 16, 2024, a true and correct copy of the foregoing document was filed with the Court and served upon the parties via the CM/ECF system.

/s/ J. Matthew Szymanski

J. Matthew Szymanski