IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SAMARITAN MINISTRIES INTERNATIONAL,
ZACHARY CORDEL, RACHEL CORDEL,
DAVID ALLAN BELL, MONETTE BELL, REV.
ANDREW HEATH, HEATHER HEATH, JAY
O'NEILL, AMY O'NEILL, REV. NATHAN
BIENHOFF, and REBEKAH BIENHOFF,

Plaintiffs,

v.

ALICE T. KANE,
in her personal capacity and in her official
capacity as Superintendent of Insurance for New
Mexico,

Defendant.

No. 1:23-cv-01091-MIS-SCY

## FINAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58(a), and consistent with the Court's Order Granting Defendant's Motion to Dismiss, ECF No. 64, it is **HEREBY ORDERED** that this case is **DISMISSED without prejudice**. The Clerk is instructed to **CLOSE** the case.

_____
**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE